IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELEWARE

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>ACCELERON LLC, a Delaware limited liability company,<br><br>                    Defendant. | Case No. |

## FED. R. CIV. P. RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. Rule 7.1, Plaintiff Hewlett-Packard Company ("HP") states

that it does not have any parent corporations and, to the best of its knowledge, there are no

publicly held corporations that own 10 percent or more of its stock.

OF-COUNSEL:

Darryl M. Woo
dwoo@fenwick.com
Charlene M. Morrow
cmorrow@fenwick.com
Heather N. Mewes
hmewes@fenwick.com
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  (415) 875-2300
Facsimile:  (415) 281-1350

Dated:  October 17, 2007

William J. Wade
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19899
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
wade@rlf.com
Attorneys for Plaintiff
Hewlett-Packard Company