IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 07-650 (SLR) |
| v. | ) ) | |
| ACCELERON LLC, a Delaware limited liability company, | ) ) ) | DEMAND FOR JURY TRIAL |
| Defendant. | ) ) | |

### ENTRY OF APPEARANCE

Please enter the appearance of Anne Shea Gaza in the above-captioned action as counsel to Plaintiff, Hewlett-Packard Company.

OF-COUNSEL:
Darryl M. Woo
dwoo@fenwick.com
Charlene M. Morrow
cmorrow@fenwick.com
Heather N. Mewes
hmewes@fenwick.com
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Dated: December 14, 2007

/s/ Anne Shea Gaza
William J. Wade (#704)
wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for Plaintiff Hewlett-Packard Company

RLF1-3234677-1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Acceleron LLC
c/o Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

_____
Anne S. Gaza (4093)
gaza@rlf.com