IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEWLETT-PACKARD COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-650 (SLR) |
| | ) | |
| ACCELERON, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT ACCELERON LLC'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1), defendant Acceleron LLC hereby moves to dismiss the Complaint filed in this action. The grounds for this motion are fully set forth in defendant's opening brief and supporting declaration, submitted herewith.

WHEREFORE, defendant Acceleron LLC respectfully requests the Court to enter the attached order and to dismiss this action in its entirety.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ John W. Shaw
John W. Shaw (No. 3362)
Michele Sherretta Budicak (No. 4651)
1000 West Street, 17th Floor
Wilmington, DE 19801
302-571-6600
jshaw@ycst.com
*Attorneys for Defendant*

- 2 -

*Of Counsel:*
Patrick J. Flinn
George D. Medlock, Jr.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000

Sarah C. Hsia
ALSTON & BIRD LLP
90 Park Ave.
New York, NY 10016
212-210-9400

Dated: December 21, 2007

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on December 21, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>William J. Wade, Esquire
>Anne Shea Gaza, Esquire
>Richards, Layton & Finger, P.A.
>One Rodney Square
>920 North King Street
>Wilmington, DE 19801

I further certify that on December 21, 2007, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

>Darryl M. Woo, Esquire [dwoo@fenwick.com]
>Charlene M. Morrow, Esquire [cmorrow@fenwick.com]
>Heather N. Mewes, Esquire [hmewes@fenwick.com]
>Fenwick & West LLP
>555 California Street, 12th Floor
>San Francisco, CA 94104

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
[jshaw@ycst.com]
Michele Sherretta Budicak (No. 4651)
[mbudicak@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600

Attorneys for Defendant
ACCELERON, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEWLETT-PACKARD COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-650 (SLR) |
| | ) | |
| ACCELERON, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this ____ day of _____, 200__, having considered defendant Acceleron LLC's motion to dismiss and the response thereto, and finding that no justiciable case or controversy exists between the parties and that, even if a justiciable case or controversy did exist between the parties, this action nonetheless should be dismissed by the discretion of the Court as permitted by the Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq.*, IT IS HEREBY ORDERED that:

    1.    Acceleron LLC's motion is granted.

    2.    This action is dismissed.

 

_____
United States District Judge