IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEWLETT-PACKARD COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-650-SLR |
| | ) | |
| ACCELERON, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for the defendant Acceleron, LLC certifies on behalf of the corporate entity that defendant's parent corporation is Tom Ramey Enterprises LLC, and that neither Acceleron, LLC nor its parent has a shareholder of 10% or more of its stock that is a corporation which is publicly held.

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
302-571-6600
jshaw@ycst.com

*Attorneys for Defendant Acceleron, LLC.*

Dated: January 10, 2007

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on January 10, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> William J. Wade, Esquire
> Anne Shea Gaza, Esquire
> Richards, Layton & Finger, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801

I further certify that on January 10, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Darryl M. Woo, Esquire [dwoo@fenwick.com]
> Charlene M. Morrow, Esquire [cmorrow@fenwick.com]
> Heather N. Mewes, Esquire [hmewes@fenwick.com]
> Fenwick & West LLP
> 555 California Street, 12th Floor
> San Francisco, CA 94104

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
[jshaw@ycst.com]
Michele Sherretta Budicak (No. 4651)
[mbudicak@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600

Attorneys for Defendant
ACCELERON, LLC