IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation, ) ) ) ) Plaintiff, ) ) v. ) ) ACCELERON LLC, a Delaware limited ) liability company, ) ) Defendant. ) | Civil Action No. 07-650 (SLR) |

### STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time by which Plaintiff Hewlett-Packard Company shall file its Answering Brief in Opposition to Defendant Acceleron LLC's Motion to Dismiss for Lack of Jurisdiction Over the Subject Matter is extended through and including February 14, 2008. Defendant shall file its Reply Brief by February 25, 2008.

*Anne Shea Gaza*
William J. Wade (#704)
Anne Shea Gaza (#4093)
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19899
(302) 651-7700
wade@rlf.com
gaza@rlf.com
*Attorneys for Plaintiff*
*Hewlett-Packard Company*

/s/ John W. Shaw
John W. Shaw (#3362)
Michele Sherretta Budicak (#4651)
Young Conaway Stargatt &
Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
mbudicak@ycst.com
*Attorneys for Defendant*
*Acceleron LLC*

SO ORDERED this _____ day of January, 2008.

_____
Judge Sue L. Robinson