IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 07-650 (SLR) |
| v. | ) ) | |
| ACCELERON LLC, a Delaware limited liability company, | ) ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the briefing schedule for Defendant Acceleron LLC's Motion to Dismiss for Lack of Jurisdiction Over the Subject Matter shall be extended by three weeks to permit the parties to confer regarding possible settlement of this matter. Accordingly, Plaintiff Hewlett-Packard Company shall file its Answering Brief in Opposition to Defendant Acceleron LLC's Motion to Dismiss for Lack of Jurisdiction Over the Subject Matter on or before March 6, 2008. Defendant shall then file its Reply Brief in Further Support of Its Motion to Dismiss for Lack of Jurisdiction Over the Subject Matter on or before March 17, 2008.

RLF1-3249615-1
RLF1-3250049-1

| | |
|---|---|
| _Anne Shea Gaza_ | /s/ John W. Shaw |
| William J. Wade (#704) | John W. Shaw (#3362) |
| Anne Shea Gaza (#4093) | Michele Sherretta Budicak (#4651) |
| Richards, Layton & Finger | Young Conaway Stargatt & |
| One Rodney Square | Taylor, LLP |
| 920 North King Street | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 651-7700 | (302) 571-6600 |
| wade@rlf.com | jshaw@ycst.com |
| gaza@rlf.com | mbudicak@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Hewlett-Packard Company* | *Acceleron LLC* |

SO ORDERED this _____ day of February, 2008.

_____
Judge Sue L. Robinson