IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEWLETT-PACKARD COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACCELERON LLC, )<br>)<br>Defendant. ) | Civ. No. 07-650-SLR |

### O R D E R

At Wilmington this 21st day of February, 2008,

IT IS ORDERED that oral argument shall be conducted on **Friday, March 7, 2008** on the pending motion to dismiss (D.I. 8), commencing at **11:30 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Each side shall have twenty (20) minutes to present argument.

                                                                                     _/s/ Sue L. Robinson_
                                                                                     United States District Judge