IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEWLETT-PACKARD COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-650-SLR |
| | ) | |
| ACCELERON, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO STAY ACCELERON'S PENDING MOTION TO DISMISS**

WHEREAS the parties in this matter are currently attempting to resolve this matter,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all briefing and oral argument relating to Acceleron, LLC's ("Acceleron") Motion to Dismiss (D.I. 8), filed on December 21, 2007 and currently scheduled for oral argument on March 7, 2008, be stayed for ninety days (until May 29, 2008) so as to permit the parties to pursue such resolution, PROVIDED HOWEVER, that either party may, at their sole option, restore the Motion to Dismiss upon written notice to the other party and to the Court.  Upon restoration of the Motion, Plaintiff's Response to Acceleron's motion will be due 10 business days after such written notice is provided and Acceleron's Reply will be due 5 business days after Plaintiff's Response.

/s/ *Anne Shea Gaza*                                  [signature]
William J. Wade (No. 704)                             John W. Shaw (No. 3362)
Anne Shea Gaza (No. 4093)                             Michele Sherretta Budicak (No. 4651)
RICHARDS, LAYTON & FINGER                             YOUNG, CONAWAY, STARGATT
One Rodney Square                                     & TAYLOR, LLP
920 North King Street                                 The Brandywine Building
Wilmington, DE 19899                                  1000 West Street, 17th Floor
(302) 651-7700                                        Wilmington, DE 19899-0391
wade@rlf.com                                          302-571-6600
gaza@rlf.com                                          jshaw@ycst.com
                                                      mbudicak@ycst.com

*Attorneys for Plaintiff*                             *Attorneys for Defendant*
*Hewlett-Packard Company*                             *Acceleron, LLC*

Dated: February 29, 2008                              Dated: February 29, 2008


SO ORDERED this ____ day of March, 2008.


                                                      _____
                                                      Honorable Sue L. Robinson, U.S.D.C.