IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEWLETT-PACKARD COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-650-SLR |
| | ) | |
| ACCELERON, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>STIPULATION AND ORDER</u>**

WHEREAS, the parties to this action believe that they have reached an agreement in principle to settle their dispute and are working to finalize the necessary formal settlement agreement documentation; and

WHEREAS, the parties would like to devote their attention and resources to preparing the necessary formal settlement agreement documentation so that this action can be dismissed, rather than undergo the expense of continuing to litigate against each other;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all litigation activity and deadlines in this action are stayed for 60 days from the entry of this Order. At the conclusion of that 60-day period, if a stipulation of dismissal has not been filed, counsel shall submit a joint status report to the Court setting forth: (a) the status of the parties' efforts to finalize their settlement; and (b) counsels' views as to whether a further extension of this stay would be productive.

RLF1-3285592-1

| | |
|---|---|
| */s/ William J. Wade* | */s/ John W. Shaw* |
| William J. Wade (No. 704) | John W. Shaw (No. 3362) |
| Anne Shea Gaza (No. 4093) | Michele Sherretta Budicak (No. 4651) |
| RICHARDS, LAYTON & FINGER | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
| One Rodney Square | The Brandywine Building |
| 920 North King Street | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19899-0391 |
| (302) 651-7700 | 302-571-6600 |
| wade@rlf.com | jshaw@ycst.com |
| gaza@rlf.com | mbudicak@ycst.com |
| | |
| *Attorneys for Plaintiff* | |
| *Hewlett-Packard Company* | *Attorneys for Defendant* |
| | *Acceleron, LLC* |
| | |
| Dated: May 23, 2008 | Dated: May 23, 2008 |

SO ORDERED this ____ day of June, 2008.

_____
Honorable Sue L. Robinson, U.S.D.C.

RLF1-3285592-1