IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEWLETT-PACKARD COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-650-SLR |
| | ) | |
| ACCELERON, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

WHEREAS, the parties advised the Court by stipulation dated May 29, 2008 (D.I. 17) that they had reached an agreement in principle to settle their dispute and the parties have been and continue to prepare the necessary formal settlement agreement documentation; and

WHEREAS, the parties would like to devote their attention and resources to finalizing the necessary formal settlement agreement documentation so that this action can be dismissed, rather than undergo the expense of continuing to litigate against each other;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all litigation activity and deadlines in this action are stayed for 45 days from the entry of this Order. At the conclusion of that 45-day period, if a stipulation of dismissal has not been filed, counsel shall submit a joint status report to the Court setting forth: (a) the status of the parties' efforts to finalize their settlement; and (b) counsels' views as to whether a further extension of this stay would be productive.

| | |
|---|---|
| _____/s/ Anne Shea Gaza_____ | _____/s/ Michele Sherretta Budicak_____ |
| William J. Wade (No. 704) | John W. Shaw (No. 3362) |
| Anne Shea Gaza (No. 4093) | Michele Sherretta Budicak (No. 4651) |
| RICHARDS, LAYTON & FINGER | YOUNG, CONAWAY, STARGATT |
| One Rodney Square | & TAYLOR, LLP |
| 920 North King Street | The Brandywine Building |
| Wilmington, DE 19899 | 1000 West Street, 17th Floor |
| (302) 651-7700 | Wilmington, DE 19899-0391 |
| wade@rlf.com | 302-571-6600 |
| gaza@rlf.com | jshaw@ycst.com |
| | mbudicak@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Hewlett-Packard Company* | *Acceleron, LLC* |
| Dated: August 13, 2008 | Dated: August 13, 2008 |

SO ORDERED this ____ day of August, 2008.

_____
Honorable Sue L. Robinson, U.S.D.C.